UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PIERRE TSHISHIMBI BASHALE,<br><br>    Plaintiff,<br><br>v.<br><br>STACEY DARDEN, Assistant Manager; REBECCA, no last name given/ teller at the window,<br><br>    Defendants. | Case No. 1:24-cv-00177-DCN<br><br>**ORDER** |

    Plaintiff Pierre Bashale filed the above-captioned Complaint and Application to Proceed in Forma Pauperis on April 3, 2024. Dkts. 1, 2.

    On June 4, 2024, the Court issued a decision in this matter. Dkt. 4. As for Bashale's application to proceed in forma pauperis, the Court found Bashale had established his indigency and waived the filing fee. *Id.* at 3. However, the Court also found Bashale's Complaint was deficient because he failed to establish the Court's jurisdiction and failed to identify the involvement of the named defendants in his claims. *Id.* at 5. The Court, however, granted Bashale thirty days to amend his Complaint. *Id.* at 6.

    The Court outlined what Bashale needed to do to proceed in this case and specifically warned him that "failure to file an Amended Complaint within thirty days will result in the full dismissal of this case WITH PREJUDICE and without further notice." *Id.* (capitalization in original).

ORDER – 1

It has been over 60 days since the Court issued its decision. To date, Bashale has not filed anything with the Court. Thus, in accordance with the Court's prior order and warning, this case is DISMISSED with PREJUDICE and CLOSED.

DATED: August 16, 2024

David C. Nye
Chief U.S. District Court Judge

ORDER – 2